# EXHIBIT 1

# Master Services Agreement



515 Post Oak Blvd, Suite 910
Houston, Texas 77027
713-589-5050

# MASTER SERVICES AGREEMENT

This Master Services Agreement ("Agreement") is between **AXIA Partners** ("AXIA") and **Chicken Soup for the Soul Entertainment, Inc.,** ("the Company"), with offices located at 132 East Putnam Ave., Cos Cob, Connecticut 06807. The effective date of this Agreement is May 3, 2022, ("Effective Date"). This Agreement sets forth the general terms and conditions pursuant to which AXIA will provide services to the Company.

## Services to be Provided

It is understood and agreed that from time to time during the term of this Agreement, the Company may have specific project consulting or direct hire needs (collectively referred to as "Assignments"). The Company may, within its sole discretion, request AXIA to provide project consulting or direct hire Services on one or more of such Assignments. The intent of this Agreement is to cover the parties' relationship on those Assignments for which the Company requests AXIA's services.

## Project Consulting Services

Subject to the Company's requests for project candidates, AXIA shall provide, on a contract basis, personnel with such educational and practical backgrounds to effectively advise and assist the Company with, and conduct on behalf of the Company, certain internal or external projects which have been selected by the Company's staff.

The specific engagement scope and pricing for AXIA's project consulting services will be separately documented in any such Engagement Letter(s)/Proposal(s) as may be accepted by the Company from time to time hereafter.

AXIA shall be paid at the billable rates and/or fees set forth in each Engagement Letter(s)/Proposal(s). AXIA reserves the right to implement reasonable rate increases on a semi-annual basis measured from the start of each engagement. AXIA shall invoice the Company on a weekly basis. Payment of the invoiced amounts shall be due net 30. The Company shall reimburse AXIA for all reasonable, documented out-of-pocket expenses incurred in the performance of the project consulting services in accordance with Company's expense reimbursement policy. Such expenses will be billed weekly and will be subject to the same payment provisions as those for consulting services. AXIA will charge, and the Company agrees to pay, interest at a rate of either a) one and one-half percent (1.5%) per month or (b) the highest rate permitted by law, whichever is lower, on any undisputed balances thirty (30) days or more past due.

**Termination for Project Consulting Services**

**Direct Hire Services**



**Independent Contractor Relationship**

**Ownership of AXIA's Work Product**

**Liability for Taxes/Compensation/Insurance**

**Confidentiality**



**Term/Termination of Agreement**

█████████████████████████████████████████████

**Mutual Indemnification and Liability**

█████████████████████████████████████████████

**Mediation**

█████████████████████████████████████████████

| **Chicken Soup for the Soup Entertainment, Inc.** | **AXIA Partners** |
|---|---|
| By: *CL Mitchell* | By: *Elizabeth Epler Jones* |
| Name: *Chris Mitchell* | Name: Elizabeth Epler Jones |
| Title: *CFO* | Title: Partner |
| Date: *5/17/22* | Date May 3, 2022 |



# EXHIBIT 2

## AXIA's Invoices to CSSE



# Invoice

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

| | |
|---|---|
| **Invoice #** | 223294 |
| **Invoice Date** | 4/1/2023 |

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ▮▮▮ 3/27/23-4/02/23 - 2022 Redbox SOX | 40 | ▮▮ | 5,600.00 |
| ▮▮▮ 3/27/23-4/02/23 - 2022 Redbox SOX | 4 | ▮▮ | 680.00 |
| ▮▮▮ 3/27/23-4/02/23 - 2022 Redbox SOX | 25.75 | ▮▮ | 3,476.25 |
| Subtotal | 69.75 | | 9,756.25 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $9,756.25 |
| **Payments/Credits** | -$9,438.75 |
| **Balance Due** | $317.50 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223307 |
| **Invoice Date** | 4/8/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ███ 4/03/23-4/09/23 - 2022 SOX | 2 | ██ | 360.00 |
| ████ 4/03/23-4/09/23 - 2022 SOX | 4 | ██ | 680.00 |
| █████ 4/03/23-4/09/23 - 2022 SOX | 16 | ██ | 1,760.00 |
| ████ 4/03/23-4/09/23 - 2022 SOX | 4 | ██ | 600.00 |
| Subtotal | 26 | | 3,400.00 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $3,400.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,400.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223308 |
| **Invoice Date** | 4/8/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ██████  4/03/23-4/09/23 - 2022 Redbox SOX | 32 | ███ | 4,480.00 |
| ████████  4/03/23-4/09/23 - 2022 Redbox SOX | 8 | ███ | 1,080.00 |
| ██████  4/03/23-4/09/23 - 2022 Redbox SOX | 4 | ███ | 680.00 |
| █████  4/03/23-4/09/23 - 2022 Redbox SOX | 1 | ███ | 180.00 |
| Subtotal | 45 | | 6,420.00 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $6,420.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,420.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

| | |
|---|---|
| **Invoice #** | 223330 |
| **Invoice Date** | 4/15/2023 |

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ▮▮▮▮ 4/10/23-4/16/23 - 2022 SOX | 2 | ▮▮▮ | 340.00 |
| ▮▮▮▮ 4/10/23-4/16/23 - 2022 SOX | 16 | ▮▮▮ | 1,760.00 |
| ▮▮▮▮ 4/10/23-4/16/23 - 2022 SOX | 9 | | 1,350.00 |
| Subtotal | 27 | | 3,450.00 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $3,450.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,450.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223331 |
| **Invoice Date** | 4/15/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ███ 4/10/23-4/16/23 -  2022 Redbox SOX | 16 | ███ | 2,240.00 |
| ███ 4/10/23-4/16/23 -  2022 Redbox SOX | 2 | ███ | 340.00 |
| Subtotal | 18 | | 2,580.00 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $2,580.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,580.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

| Invoice # | 223360 |
|---|---|
| Invoice Date | 4/22/2023 |

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| Terms |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ███ - 4/17/23-4/23/23- 2022 SOX | 0.75 | ███ | 67.50 |
| - 4/17/23-4/23/23- 2022 SOX | 9 | ███ | 1,350.00 |
| Subtotal | 9.75 | | 1,417.50 |

We appreciate your business.  Thank you for your prompt payment.

| Total | $1,417.50 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,417.50 |
| **Total Open Balance** | $320,917.50 |



# Invoice

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

| Invoice # | 223399 |
|---|---|
| **Invoice Date** | 5/6/2023 |

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ▮▮▮▮▮ 5/01/23-5/07/23 - 2023 SOX | 1.5 | ▮▮ | 345.00 |
| 5/01/23-5/07/23 - 2023 SOX | 4 | ▮▮ | 760.00 |
| 5/01/23-5/07/23 - 2023 SOX | 32 | ▮▮ | 4,800.00 |
| 5/1/23-5/7/23 - 2023 Redbox SOX | 2 | ▮▮ | 280.00 |
| Subtotal | 39.5 | | 6,185.00 |
| 4/24/23-4/30/23 - 2023 SOX | 4 | ▮▮ | 760.00 |
| 4/24/23-4/30/23 - 2023 SOX | 31 | ▮▮ | 4,650.00 |
| 4/24/23-4/30/23 - 2023 SOX | 1 | ▮▮ | 190.00 |
| 4/24/23-4/30/23 - 2023 Redbox SOX | 22.5 | ▮▮ | 3,150.00 |
| Subtotal | 58.5 | | 8,750.00 |
| 4/17/23-4/23/23 - 2023 SOX | 2 | ▮▮ | 380.00 |
| 4/17/23-4/23/23 - 2023 SOX | 5 | ▮▮ | 750.00 |
| 4/17/23-4/23/23 2- 2023 Redbox SOX | 3.5 | ▮▮ | 472.50 |
| 4/17/23-4/23/23 - 2023 Redbox SOX | 3 | ▮▮ | 570.00 |
| 4/17/23-4/23/23 - 2023 Redbox SOX | 2 | ▮▮ | 300.00 |
| 4/17/23-4/23/23 - 2023 Redbox SOX | 1 | ▮▮ | 135.00 |
| Subtotal | 16.5 | | 2,607.50 |
| 3/27/23-4/02/23 - 2023 SOX | 1.75 | ▮▮ | 332.50 |
| 4/10/23-4/16/23 - 2023 Redbox SOX | 4.5 | ▮▮ | 855.00 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $18,730.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $18,730.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

**P.O. Box 3686, Dept. 110**
Houston, TX  77253-3686
713-589-5050

| | |
|---|---|
| **Invoice #** | 223419 |
| **Invoice Date** | 5/13/2023 |

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ▮▮▮▮ 5/08/23-5/14/23 - 2023 SOX | 1.5 | ▮▮▮ | 345.00 |
| ▮▮▮▮ 5/08/23-5/14/23 2023  - 2023 SOX | 2 | ▮▮▮ | 380.00 |
| ▮▮▮▮ 5/08/23-5/14/23 2023  - 2023 SOX | 8 | ▮▮▮ | 1,200.00 |
| Subtotal | 11.5 | | 1,925.00 |
| ▮▮▮▮ 5/08/23-5/14/23 -  2023 Redbox SOX | 20 | ▮▮▮ | 3,000.00 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $4,925.00 |
| **Payments**/**Credits** | $0.00 |
| **Balance Due** | $4,925.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223434 |
| **Invoice Date** | 5/20/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ██████ 5/15/23-5/21/23 - 2023 SOX | 4 | ████ | 760.00 |
| 5/15/23-5/21/23 - 2023 SOX | 17 | ████ | 2,550.00 |
| Subtotal | 21 | | 3,310.00 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $3,310.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,310.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223461 |
| **Invoice Date** | 5/27/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ████ 5/22/23-5/28/23  - 2023 SOX | 0.5 | ███ | 67.50 |
| █████ 5/22/23-5/28/23  - 2023 SOX | 3.5 | ███ | 665.00 |
| ████ 5/22/23-5/28/23  - 2023 SOX | 2 | ███ | 380.00 |
| ████ 5/22/23-5/28/23 - 2023 SOX | 21 | ███ | 3,150.00 |
| Subtotal | 27 | | 4,262.50 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $4,262.50 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,262.50 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223467 |
| **Invoice Date** | 6/3/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ███ 5/29/23-6/04/23 - 2023 SOX | 5 | ██ | 675.00 |
| ██████ 5/29/23-6/04/23  - 2023 SOX | 2.5 | ██ | 575.00 |
| ris 5/29/23-6/04/23 - 2023 SOX | 4.25 | ██ | 807.50 |
| ███ 5/29/23-6/04/23 - 2023 SOX | 21 | ██ | 3,150.00 |
| Subtotal | 32.75 | | 5,207.50 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $5,207.50 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,207.50 |
| **Total Open Balance** | $320,917.50 |



# Invoice

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

| Invoice # | 223481 |
|---|---|
| **Invoice Date** | 6/10/2023 |

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ▇▇▇ 6/05/23-6/11/23 - 2023 SOX | 0.25 | ▇ | 33.75 |
| ▇▇▇▇ 6/05/23-6/11/23 - 2023 SOX | 1.5 | ▇ | 345.00 |
| ▇▇▇ 6/05/23-6/11/23 - 2023 SOX | 2.25 | ▇ | 427.50 |
| ▇▇▇ 6/05/23-6/11/23 - 2023 SOX | 2 | ▇ | 380.00 |
| ▇▇ 6/05/23-6/11/23 - 2023 SOX | 6 | ▇ | 810.00 |
| ▇▇ 6/05/23-6/11/23 - 2023 SOX | 17 | ▇ | 2,550.00 |
| Subtotal | 29 | | 4,546.25 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $4,546.25 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,546.25 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223497 |
| **Invoice Date** | 6/17/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ██████ 6/12/23-6/18/23 - 2023 SOX | 5 | ██ | 675.00 |
| ████████ 6/12/23-6/18/23 - 2023 SOX | 1.5 | ██ | 345.00 |
| 6/12/23-6/18/23 - 2023 SOX | 6 | ██ | 1,140.00 |
| ███████ 6/12/23-6/18/23 - 2023 SOX | 2 | ██ | 380.00 |
| ██████ 6/12/23-6/18/23 - 2023 SOX | 12 | ██ | 1,320.00 |
| ██████ 6/12/23-6/18/23 - 2023 SOX | 24 | ██ | 3,600.00 |
| ████████ 6/12/23-6/18/23 - 2023 SOX | 20 | ██ | 2,700.00 |
| ██████ 6/12/23-6/18/23 - 2023 SOX | 13 | ██ | 1,755.00 |
| Subtotal | 83.5 | | 11,915.00 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $11,915.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $11,915.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223517 |
| **Invoice Date** | 6/24/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| █████ 6/19/23-6/25/23 - 2023 SOX | 6 | ███ | 810.00 |
| █████ 6/19/23-6/25/23  - 2023 SOX | 11 | ███ | 1,540.00 |
| █████ 6/19/23-6/25/23  - 2023 SOX | 1 | ███ | 230.00 |
| █████ 6/19/23-6/25/23 - 2023 SOX | 1.5 | ███ | 285.00 |
| █████ 6/19/23-6/25/23  - 2023 SOX | 2 | ███ | 380.00 |
| █████ 6/19/23-6/25/23 - 2023 SOX | 24 | ███ | 2,640.00 |
| █████ 6/19/23-6/25/23  - 2023 SOX | 40 | ███ | 6,000.00 |
| █████ 6/19/23-6/25/23  - 2023 SOX | 16 | ███ | 2,160.00 |
| █████ 6/19/23-6/25/23  - 2023 SOX | 20 | ███ | 2,700.00 |
| Subtotal | 121.5 | | 16,745.00 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $16,745.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $16,745.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| Invoice # | 223534 |
|---|---|
| **Invoice Date** | 7/1/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ████ 6/26/23-7/02/23  - 2023 SOX | 6 | ███ | 810.00 |
| ████ 6/26/23-7/02/23  - 2023 SOX | 9 | ███ | 1,260.00 |
| ████ 6/26/23-7/02/23  - 2023 SOX | 2 | ███ | 460.00 |
| ████ 6/26/23-7/02/23  - 2023 SOX | 9.5 | ███ | 1,805.00 |
| ████ 6/26/23-7/02/23  - 2023 SOX | 4 | ███ | 760.00 |
| ████ 6/26/23-7/02/23  - 2023 SOX | 20 | ███ | 2,200.00 |
| ████ 6/26/23-7/02/23  - 2023 SOX | 38 | ███ | 5,700.00 |
| ████ 6/26/23-7/02/23 - 2023 SOX | 23 | ███ | 3,105.00 |
| ████ 6/26/23-7/02/23 - 2023 SOX | 20 | ███ | 2,700.00 |
| Subtotal | 131.5 | | 18,800.00 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $18,800.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $18,800.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

| Invoice # | 223548 |
|---|---|
| **Invoice Date** | 7/8/2023 |

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ▮▮▮▮ 7/03/23-7/09/23 - 2023 SOX | 3 | ▮▮ | 405.00 |
| ▮▮▮▮ 7/03/23-7/09/23 - 2023 SOX | 20 | ▮▮ | 2,800.00 |
| ▮▮▮▮▮ 7/03/23-7/09/23  - 2023 SOX | 1 | ▮▮ | 230.00 |
| ▮▮▮▮ 7/03/23-7/09/23 - 2023 SOX | 1 | ▮▮ | 190.00 |
| ▮▮▮▮ 7/03/23-7/09/23  - 2023 SOX | 4 | ▮▮ | 760.00 |
| ▮▮▮▮ 7/03/23-7/09/23 - 2023 SOX | 8 | ▮▮ | 880.00 |
| ▮▮▮▮ 7/03/23-7/09/23  - 2023 SOX | 32 | ▮▮ | 4,800.00 |
| ▮▮▮▮▮ 7/03/23-7/09/23  - 2023 SOX | 16 | ▮▮ | 2,160.00 |
| ▮▮▮▮▮ 7/03/23-7/09/23 - 2023 SOX | 16 | ▮▮ | 2,160.00 |
| Subtotal | 101 | | 14,385.00 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $14,385.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $14,385.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223560 |
| **Invoice Date** | 7/15/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ██████ 7/10/23-7/16/23  - 2023 SOX | 5 | ██ | 675.00 |
| █████████ 7/10/23-7/16/23  - 2023 SOX | 19 | ██ | 2,660.00 |
| █████████ 7/10/23-7/16/23  - 2023 SOX | 0.5 | ██ | 115.00 |
| █████████ 7/10/23-7/16/23  - 2023 SOX | 1 | ██ | 190.00 |
| ███████ 7/10/23-7/16/23  - 2023 SOX | 6 | ██ | 1,140.00 |
| ████████ 7/10/23-7/16/23  - 2023 SOX | 20 | ██ | 2,200.00 |
| ██████ 7/10/23-7/16/23  - 2023 SOX | 36 | ██ | 5,400.00 |
| █████████ 7/10/23-7/16/23  - 2023 SOX | 16 | ██ | 2,160.00 |
| █████████ 7/10/23-7/16/23  - 2023 SOX | 20 | ██ | 2,700.00 |
| Subtotal | 123.5 | | 17,240.00 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $17,240.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $17,240.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| Invoice # | 223577 |
|---|---|
| Invoice Date | 7/22/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| Terms |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ███ 7/17/23-7/23/23  - 2023 SOX | 1 | ███ | 135.00 |
| ███ 7/17/23-7/23/23 - 2023 SOX | 13.5 | ███ | 1,890.00 |
| ███ 7/17/23-7/23/23  - 2023 SOX | 1.5 | ███ | 345.00 |
| ███ 7/17/23-7/23/23 - 2023 SOX | 1.5 | ███ | 345.00 |
| ███ 7/17/23-7/23/23 - 2023 SOX | 1 | ███ | 190.00 |
| ███ 7/17/23-7/23/23 - 2023 SOX | 5 | ███ | 950.00 |
| ███ 7/17/23-7/23/23 - 2023 SOX | 24 | ███ | 2,640.00 |
| ███ 7/17/23-7/23/23 - 2023 SOX | 32 | ███ | 4,800.00 |
| ███ 7/17/23-7/23/23 - 2023 SOX | 24 | ███ | 3,240.00 |
| ███ 7/17/23-7/23/23 - 2023 SOX | 8 | ███ | 1,080.00 |
| Subtotal | 111.5 | | 15,615.00 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $15,615.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15,615.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223591 |
| **Invoice Date** | 7/29/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ██████ 7/24/23-7/30/23  - 2023 SOX | 0.75 | ███ | 101.25 |
| ████████ 7/24/23-7/30/23  - 2023 SOX | 28 | ███ | 3,920.00 |
| ██████ 7/24/23-7/30/23  - 2023 SOX | 2 | ███ | 460.00 |
| ███████ 7/24/23-7/30/23  - 2023 SOX | 2.75 | ███ | 522.50 |
| ████████ 7/24/23-7/30/23  - 2023 SOX | 6 | ███ | 1,140.00 |
| █████ 7/24/23-7/30/23  - 2023 SOX | 10 | ███ | 900.00 |
| ████ 7/24/23-7/30/23 - 2023 SOX | 24 | ████ | 2,640.00 |
| ███ 7/24/23-7/30/23  - 2023 SOX | 34 | ████ | 4,590.00 |
| ████████ 7/24/23-7/30/23  - 2023 SOX | 16 | ███ | 2,160.00 |
| Subtotal | 123.5 | ███ | 16,433.75 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $16,433.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $16,433.75 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223606 |
| **Invoice Date** | 8/5/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ████ 7/31/23-8/06/23 - 2023 SOX | 1.5 | ██ | 202.50 |
| ████ 7/31/23-8/06/23 - 2023 SOX | 40 | ██ | 5,600.00 |
| ████ 7/31/23-8/06/23 - 2023 SOX | 0.5 | ██ | 115.00 |
| ████ 7/31/23-8/06/23  - 2023 SOX | 2.25 | ██ | 225.00 |
| ████ 7/31/23-8/06/23 - 2023 SOX | 0.75 | ██ | 142.50 |
| ████ 7/31/23-8/06/23 - 2023 SOX | 8 | ██ | 1,520.00 |
| ████ 7/31/23-8/06/23  - 2023 SOX | 25.5 | ██ | 2,295.00 |
| ████ 7/31/23-8/06/23 - 2023 SOX | 24 | ██ | 2,640.00 |
| ████ 7/31/23-8/06/23  - 2023 SOX | 40 | ██ | 5,400.00 |
| ████ 7/31/23-8/06/23  - 2023 SOX | 16 | ██ | 2,160.00 |
| Subtotal | 158.5 | ██ | 20,300.00 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $20,300.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $20,300.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223625 |
| **Invoice Date** | 8/12/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ▇ 8/07/23-8/13/23  - 2023 SOX | 3 | ▇ | 405.00 |
| ▇ 8/07/23-8/13/23  - 2023 SOX | 20 | ▇ | 2,800.00 |
| ▇ 8/07/23-8/13/23  - 2023 SOX | 3 | ▇ | 690.00 |
| ▇ 8/07/23-8/13/23  - 2023 SOX | 2.5 | ▇ | 475.00 |
| ▇ 8/07/23-8/13/23  - 2023 SOX | 5 | ▇ | 950.00 |
| ▇ 8/07/23-8/13/23  - 2023 SOX | 7.5 | ▇ | 675.00 |
| ▇ 8/07/23-8/13/23  - 2023 SOX | 32 | ▇ | 3,520.00 |
| ▇ 8/07/23-8/13/23  - 2023 SOX | 36 | ▇ | 5,400.00 |
| ▇ 8/07/23-8/13/23  - 2023 SOX | 39 | ▇ | 5,265.00 |
| ▇ 8/07/23-8/13/23  - 2023 SOX | 36 | ▇ | 4,860.00 |
| Subtotal | 184 | | 25,040.00 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $25,040.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $25,040.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223639 |
| **Invoice Date** | 8/19/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ████ 8/14/23-8/20/23  - 2023 SOX | 1.75 | ███ | 236.25 |
| ████ 8/14/23-8/20/23 - 2023 SOX | 20 | ███ | 2,800.00 |
| ████ 8/14/23-8/20/23  - 2023 SOX | 0.5 | ███ | 115.00 |
| ████ 8/14/23-8/20/23 - 2023 SOX | 2.75 | ███ | 275.00 |
| ████ 8/14/23-8/20/23  - 2023 SOX | 0.5 | ███ | 95.00 |
| ████ 8/14/23-8/20/23  - 2023 SOX | 3 | ███ | 570.00 |
| ████ 8/14/23-8/20/23 - 2023 SOX | 8.5 | ███ | 765.00 |
| ████ 8/14/23-8/20/23  - 2023 SOX | 40 | ███ | 4,400.00 |
| ████ 8/14/23-8/20/23 - 2023 SOX | 40 | ███ | 6,000.00 |
| ████ 8/14/23-8/20/23  - 2023 SOX | 32 | ███ | 4,320.00 |
| ████ 8/14/23-8/20/23 - 2023 SOX | 40 | ███ | 5,400.00 |
| ████ 8/14/23-8/20/23  - 2023 SOX | 8 | ███ | 1,080.00 |
| Subtotal | 197 | | 26,056.25 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $26,056.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $26,056.25 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| Invoice # | 223656 |
|---|---|
| **Invoice Date** | 8/26/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ███ 8/21/23-8/27/23 - 2023 SOX | 0.25 | ██ | 33.75 |
| ████████ 8/21/23-8/27/23 - 2023 SOX | 1 | ██ | 230.00 |
| 8/21/23-8/27/23 - 2023 SOX | 1.75 | ██ | 332.50 |
| ██████ 8/21/23-8/27/23 - 2023 SOX | 5 | ██ | 950.00 |
| ██████ 8/21/23-8/27/23 - 2023 SOX | 40 | ██ | 4,400.00 |
| ████ 8/21/23-8/27/23 - 2023 SOX | 28 | ██ | 4,200.00 |
| ███████ 8/21/23-8/27/23 - 2023 SOX | 24 | ██ | 3,240.00 |
| █████ 8/21/23-8/27/23 - 2023 SOX | 40 | ██ | 5,400.00 |
| ████ 8/21/23-8/27/23 - 2023 SOX | 8 | ██ | 1,080.00 |
| █████ 8/21/23-8/27/23 - 2023 SOX | 9.5 | ██ | 1,377.50 |
| Subtotal | 157.5 | | 21,243.75 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $21,243.75 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $21,243.75 |
| **Total Open Balance** | $320,917.50 |



# Invoice

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

| Invoice # | 223671 |
|---|---|
| **Invoice Date** | 9/2/2023 |

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ▮▮▮▮ 8/28/23-9/03/23  - 2023 SOX | 1.25 | ▮▮ | 168.75 |
| ▮▮▮▮▮▮ 8/28/23-9/03/23  - 2023 SOX | 0.5 | ▮▮ | 115.00 |
| ▮▮▮▮ 8/28/23-9/03/23  - 2023 SOX | 0.75 | ▮▮ | 142.50 |
| ▮▮▮▮ 8/28/23-9/03/23  - 2023 SOX | 4 | ▮▮ | 760.00 |
| ▮▮▮▮ 8/28/23-9/03/23 - 2023 SOX | 32 | ▮▮ | 3,520.00 |
| ▮▮▮▮ 8/28/23-9/03/23 - 2023 SOX | 16 | ▮▮ | 2,400.00 |
| ▮▮▮▮▮ 8/28/23-9/03/23  - 2023 SOX | 2 | ▮▮ | 270.00 |
| ▮▮▮▮ 8/28/23-9/03/23  - 2023 SOX | 38 | ▮▮ | 5,130.00 |
| ▮▮▮▮ 8/28/23-9/03/23  - 2023 SOX | 3 | ▮▮ | 435.00 |
| Subtotal | 97.5 | | 12,941.25 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $12,941.25 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $12,941.25 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| Invoice # | 223685 |
|---|---|
| **Invoice Date** | 9/9/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ████ 9/04/23-9/10/23  - 2023 SOX | 1.25 | ██ | 168.75 |
| ████████ 9/04/23-9/10/23 - 2023 SOX | 3 | ██ | 690.00 |
| ████ 9/04/23-9/10/23 - 2023 SOX | 4 | ██ | 760.00 |
| ██████ 9/04/23-9/10/23 - 2023 SOX | 32 | ██ | 3,520.00 |
| ████ 9/04/23-9/10/23  - 2023 SOX | 8 | ██ | 1,200.00 |
| ██████ 9/04/23-9/10/23  - 2023 SOX | 7 | ██ | 945.00 |
| ████ 9/04/23-9/10/23 - 2023 SOX | 32 | ██ | 4,320.00 |
| ██ 9/04/23-9/10/23  - 2023 SOX | 12 | ██ | 1,620.00 |
| Subtotal | 99.25 | | 13,223.75 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $13,223.75 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,223.75 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223705 |
| **Invoice Date** | 9/16/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ▮▮▮▮ 9/11/23-9/17/23  - 2023 SOX | 1.25 | ▮▮ | 237.50 |
| ▮▮▮▮▮▮ 9/11/23-9/17/23  - 2023 SOX | 6 | ▮▮ | 1,140.00 |
| ▮▮▮▮▮▮ 9/11/23-9/17/23  - 2023 SOX | 24 | ▮▮ | 2,640.00 |
| ▮▮▮▮▮ 9/11/23-9/17/23  - 2023 SOX | 3 | ▮▮ | 450.00 |
| ▮▮▮▮▮ 9/11/23-9/17/23  - 2023 SOX | 12 | ▮▮ | 1,620.00 |
| ▮▮▮▮▮ 9/11/23-9/17/23  - 2023 SOX | 16 | ▮▮ | 2,160.00 |
| ▮▮▮▮ 9/11/23-9/17/23  - 2023 SOX | 4 | ▮▮ | 540.00 |
| Subtotal | 66.25 | | 8,787.50 |

We appreciate your business.  Thank you for your prompt payment.

| **Total** | $8,787.50 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,787.50 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223721 |
| **Invoice Date** | 9/23/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ███ 9/18/23-9/24/23  - 2023 SOX | 24 | ███ | 3,360.00 |
| ███ 9/18/23-9/24/23 - 2023 SOX | 1.5 | ███ | 345.00 |
| ██████████████████ | | ███ | ███ |
| ███ 9/18/23-9/24/23  - 2023 SOX | 3 | ███ | 570.00 |
| ███ 9/18/23-9/24/23  - 2023 SOX | 24 | ███ | 2,640.00 |
| ███ 9/18/23-9/24/23  - 2023 SOX | 14 | ███ | 2,100.00 |
| ███ 9/18/23-9/24/23  - 2023 SOX | 12 | ███ | 1,620.00 |
| ███ 9/18/23-9/24/23  - 2023 SOX | 16 | ███ | 2,160.00 |
| ███ 9/18/23-9/24/23 - 2023 SOX | 2 | ███ | 270.00 |
| ███ 9/18/23-9/24/23  - 2023 SOX | 1 | ███ | 145.00 |
| Subtotal | 98 | | 13,305.00 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $13,305.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,305.00 |
| **Total Open Balance** | $320,917.50 |



# Invoice

| | |
|---|---|
| **Invoice #** | 223735 |
| **Invoice Date** | 9/30/2023 |

P.O. Box 3686, Dept. 110
Houston, TX  77253-3686
713-589-5050

**Bill To:**

Chicken Soup for the Soul Entertainment
ATTN: Jason Meier
132 East Putnam Ave
Cos Cob, CT 06807

| **Terms** |
|---|
| Net 30 |

| Description | Quanity | Rate | Amount |
|---|---|---|---|
| ██████ 9/25/23-10/01/23 - 2023 SOX | 24 | ██ | 3,360.00 |
| ██████████ 9/25/23-10/01/23 - 2023 SOX | 4 | ██ | 760.00 |
| █████ 9/25/23-10/01/23 - 2023 SOX | 40 | ██ | 4,400.00 |
| ████████ 9/25/23-10/01/23 - 2023 SOX | 3 | ██ | 450.00 |
| ███████ 9/25/23-10/01/23 - 2023 SOX | 10 | ██ | 1,350.00 |
| Subtotal | 81 | | 10,320.00 |

We appreciate your business.  Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $10,320.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,320.00 |
| **Total Open Balance** | $320,917.50 |

# EXHIBIT 3

# Affidavit of Elizabeth Epler Jones

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **AXIA PARTNERS LP,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. _____** |
| | § | |
| **CHICKEN SOUP FOR THE SOUL** | § | |
| **ENTERTAINMENT, INC.,** | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF ELIZABETH EPLER JONES

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF HARRIS** | § |

Before me, the undersigned authority, on this day personally appeared, Elizabeth Epler Jones, who was duly sworn by me, and stated as follows:

1. "My name is Elizabeth Epler Jones. I am over the age of twenty-one (21), have never been convicted of a felony or crime of moral turpitude, and am competent to make this Affidavit under oath. I make this Affidavit based on personal knowledge of the facts set forth herein and, if called upon to testify, would testify competently as stated herein.

2. I am a partner at AXIA Partners LP ("AXIA"). In my capacity as partner, I have personal knowledge of the dealings that AXIA has had with Defendant Chicken Soup for the Soul Entertainment, Inc. ("CSSE"), including all outstanding amounts due and owing by CSSE to AXIA for project consulting and/or direct hire services rendered.

3.  AXIA entered into a valid and binding contract with CSSE to provide project consulting and direct hire services to CSSE under the terms of a Master Services Agreement dated May 3, 2022 ("MSA"). A true and correct copy of the MSA is attached as Exhibit 1 to the Original Complaint.

4.  In the usual course of business, AXIA provided CSSE with project consulting and/or direct hire services which CSSE accepted.

5.  In the ordinary course of its business practices, AXIA sent CSSE invoices detailing the specific project consulting and direct hire services provided and the associated costs for such services. The rates charged for the project consulting or direct hire services rendered were just and true because they were in accordance with the terms of the MSA entered into by and between AXIA and CSSE, and they were reasonable and customary for the services provided.

6.  Despite formal demand, CSSE has failed and refused to pay AXIA for outstanding invoices for services rendered. A systematic record of the parties' transactions were kept, and a complete accounting of the amounts invoiced and due and owing to AXIA by CSSE is attached to the Original Complaint as Exhibit 2, and incorporated by reference as though fully set forth herein. The total unpaid and outstanding balance owed by CSSE as of this filing is $320,917.50. In addition to the outstanding amount past due, AXIA is entitled to accrued interest at an agreed-upon rate of 1.5 % on the unpaid balance, currently totaling $75,379.44.

7.  All lawful offsets, payments, and credits have been applied to the account.

8.  The amount provided in paragraph 6 above is unpaid and currently owing.

9.  I declare under penalty of perjury that the foregoing is true and correct.

Further, the Affiant sayeth not."

2



ELIZABETH EPLER JONES

SWORN TO AND SUBSCRIBED before me on the /6th day of January 2024.

SARA ELIZABETH BLACK
NOTARY PUBLIC
STATE OF TEXAS
MY COMM EXP 12/03/24
NOTARY ID 13278218-5

Notary Public, State of Texas

3