IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AXIA PARTNERS, L.P. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 4:24-cv-00171 |
| | § | |
| CHICKEN SOUP FOR THE SOUL | § | |
| ENTERTAINMENT, INC. | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant was served with Plaintiff's Original Complaint on January 24, 2024. Under Federal Rule of Civil Procedure 12(a), Defendant's deadline to answer or move in response to the complaint is February 14, 2024 (today). The undersigned was first made aware of the lawsuit and retained by Defendant on February 13, 2024 (yesterday).

Counsel for Plaintiff has agreed that Defendant may have until March 5, 2024 to answer or otherwise file a responsive pleading. This extension will give the undersigned sufficient time to investigate the facts of the case and present an appropriate motion or answer in response to the complaint.

Defendant does not bring this motion for purposes of delay, but rather so that just may be done. Accordingly, Defendant requests that the Court sign an order granting it until March 5, 2024 to move in response to and/or answer Plaintiffs' Original Complaint.

Respectfully Submitted,

BRANNON ROBERTSON LAW FIRM PLLC

/s/ C. Brannon Robertson
C. Brannon Robertson
S.D. Tex. No. 22131
State Bar No. 24002852
1800 St. James Place, Suite 105
Houston, Texas 77056
brannon@robertsonlawyer.com
Office: 713.600.0045
Mobile: 713.320.9216

**ATTORNEY FOR DEFENDANT**

**Certificate of Service & Conference**

I certify that a true and correct copy of this document has been served on all counsel of record on February 14, 2024 by electronic means.

I certify that I have conferred with counsel for Plaintiff, and he is not opposed to the extension requested in this motion.

/s/ C. Brannon Robertson
C. Brannon Robertson